[No. 25488-3-II.  Division Two.  April 13, 2001.]

PACIFIC COUNTY SHERIFF'S OFFICE, *Respondent*, v. THE
PERSONAL PROPERTY OF JOHN FRITZ; 1976 CHEVROLET PICKUP,
WA LICENSE A30828C, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific
County, No. 98-2-00906-7, Joel M. Penoyar, J., entered
December 15, 1999. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 25521-9-II.  Division Two.  April 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY ALLEN
HOYT, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 98-1-00968-8, H. John Hall, J., entered Decem-
ber 20, 1999. *Reversed with instructions* by unpublished
opinion per Bridgewater, J., concurred in by Armstrong,
C.J., and Hunt, J.

[No. 26196-1-II.  Division Two.  April 13, 2001.]

RICHARD J. WILLIAMS, *Appellant*, v. THE CITY OF TACOMA, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 99-2-07501-9, Jay B. Roof, J., entered June 19,
2000. *Affirmed* by unpublished opinion per Armstrong, C.J.,
concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 44099-3-I.  Division One.  April 16, 2001.]

JAMES BERRY, *Appellant*, v. THE CITY OF SEATTLE,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-18291-3, Philip G. Hubbard, Jr., J., en-
tered January 4, 1999. *Affirmed in part, reversed in part*,
and *remanded* by unpublished opinion per Kennedy, J.,
concurred in by Becker, A.C.J.; Baker, J., dissenting.